# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149348

In re FENTON/GRAF/ZAMBO, Minors.

SC: 149348
COA: 319696
Wayne CC Family Division:
13-512802

_____/

On order of the Court, the application for leave to appeal the February 14, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the February 14, 2014 and April 15, 2014 orders of the Court of Appeals, and we REMAND this case to the Court of Appeals for consideration as on reconsideration granted. On remand, the Court of Appeals shall either reinstate the children's claim of appeal or explain why the children do not have an appeal of right, pursuant to MCR 3.993(A)(1), from the trial court's November 12, 2013 order of disposition.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2014



s0616

Clerk